STATE OF HAWAII, Plaintiff-Appellee, *v.* JAMES POKINI, also known as James K. Pokini, Defendant-Appellant.

NO. 5777

FEBRUARY 20, 1976

RICHARDSON, C.J., KOBAYASHI, OGATA, MENOR AND KIDWELL, JJ.

*Per Curiam.* Appellant appeals from a conviction of robbery in the first degree and aggravated assault.

Appellant contends that the trial court erred when it denied the following of appellant's motions:

1. Motion for change of venue;

2. Motion for disqualification or reassignment of the trial judge;

3. Motion for dismissal of complaint and/or indictment on the ground of denial of appellant's right to speedy trial.

Upon hearing oral argument, consideration of appellant's briefs, and a review of the record herein, we believe that appellant's contentions are without merit.

In regards to appellant's motion for dismissal of complaint and/or indictment, the appellant has failed to establish a prima facie case of denial of his right to speedy trial. *State v. Almeida,* 54 Haw. 443, 448, 509 P.2d 549 (1973).

We, therefore, affirm the judgment of conviction appealed by appellant.

*Michael F. O'Connor (Luke and O'Connor* of counsel), attorney for defendant-appellant

*Dale W. Lee and Reina A. Grant,* Deputy Prosecuting Attorneys, City and County of Honolulu, *Maurice Sapienza,* Prosecuting Attorney (with them on the brief), for State of Hawaii, plaintiff-appellee